# Exhibit 1

# EXHIBIT 1

## Infringement of Claim 1 of U.S. Patent No. 10,209,667

The following claim chart demonstrates how each and every limitation of claim 1 of the '667 patent is met by a representative Accused Product (8524B003AA).

| '667 Patent, Claim 1 | Representative Accused Product |
|---|---|
| 1. A developer supply container comprising: | The representative Accused Product is a developer supply container.<br><br>**Figure 1: Developer Supply Container (With Cover)**<br><br>**Figure 2: Developer Supply Container (With Cover Removed)** |
| a developer accommodating body configured to contain developer, | The developer supply container includes a developer accommodating body.<br><br>**Figure 3: Developer Accommodating Body**<br><br>The developer accommodating body is configured to contain developer (*i.e.*, toner). |

1

| | |
|---|---|
| the developer accommodating body being rotatable about a rotational axis, and | The developer accommodating body is rotatable about a rotational axis.<br><br>**Figure 4: Rotational Axis of Developer Accommodating Body** |
| the developer accommodating body being provided with a gear portion provided about the rotational axis; | The developer accommodating body is provided with a gear portion provided about the rotational axis.<br><br>**Figure 5: Gear Portion** |

2

| | |
|---|---|
| a developer discharging body in fluid communication with the developer accommodating body, | The developer supply container includes a developer discharging body in fluid communication with the developer accommodating body.<br><br><br><br>**Figure 6: Developer Discharging Body** |
| the developer discharging body having a discharge opening that is provided in a bottom portion of the developer discharging body, with the discharge opening being configured to permit discharge of the developer from the developer discharging body, | The developer discharging body has a discharge opening that is provided in a bottom portion of the developer discharging body, with the discharge opening being configured to permit discharge of the developer from the developer discharging body.<br><br><br><br>**Figure 7: Discharge Opening in Developer Discharging Body** |

| | |
|---|---|
| and with the developer accommodating body being rotatable relative to the developer discharging body; and | The developer accommodating body is rotatable relative to the developer discharging body.<br><br><br><br>**Figure 8: Rotation of Developer Accommodating Body Relative to Developer Discharging Body** |
| a track provided at each of opposite sides of the developer discharging body and extending below a horizontal plane that includes the rotational axis, | A track is provided at each of opposite sides of the developer discharging body.<br><br><br><br>**Figure 9A: Track Provided at One Side of Developer Discharging Body** |

4



**Figure 9B: Track Provided at Opposite Side of Developer Discharging Body**

The tracks extend below a horizontal plane that includes the rotational axis.



**Figure 10: Track Relative to Horizontal Plane Including Rotational Axis**

| | |
|---|---|
| each track (i) projecting from a surface, | Each track projects from a surface.<br><br><br>**Figure 11A: Track Projecting from Surface on One Side**<br><br><br>**Figure 11B: Track Projecting from Surface on Opposite Side** |

| | |
|---|---|
| (ii) including a first part that extends from a first end portion to a second end portion, with the second end portion being closer to the gear portion than the first end portion, and with the first part ascending such that the second end portion is closer to the horizontal plane than the first end portion, and | Each track includes a first part that extends from a first end portion to a second end portion, with the second end portion being closer to the gear portion than the first end portion.<br><br><br><br>**Figure 12: First Part of Track** |

7

| | The first part of the track ascends such that the second end portion is closer to the horizontal plane than the first end portion.<br><br><br>**Figure 13: Positions of First End Portion and Second End Portion Relative to Horizontal Plane** |
|---|---|

8

| | |
|---|---|
| (iii) including a second part extending from the second end portion of the first part such that a plane perpendicular to the rotational axis and passing through the second part crosses the discharge opening, | Each track includes a second part that extends from the second end portion of the first part.<br><br><br><br>**Figure 14: Second Part of Track**<br><br>A plane perpendicular to the rotational axis and passing through the second part crosses the discharge opening.<br><br><br><br>**Figure 15: Discharge Opening Relative to Second Part** |

9

| | |
|---|---|
| with a portion of the surface extending from the first end portion in a direction away from the gear portion. | A portion of the surface extends from the first end portion in a direction away from the gear portion.  **Figure 16: Surface Extending from First End Portion** |